UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA ELLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE CO., a Wisconsin Corporation,<br><br>Defendant. | NO: 2:16-CV-0020-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of all claims and counterclaims with prejudice and without an award of attorney fees or costs to either party.

//

//

//

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims are **DISMISSED** with prejudice and without an award of attorney fees or costs to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 10, 2017.




THOMAS O. RICE
Chief United States District Judge